THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Edmund Goins, Jr.,       
Appellant.
 
 
 

Appeal From Cherokee County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-203
Submitted January 29, 2003  Filed March 
 17, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia,  
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and  Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg; for Respondent.
 
 
 

PER CURIAM: Edmund Goins, Jr. was convicted 
 of two counts of assault and battery of a high and aggravated nature (ABHAN) 
 and one count of assault and battery with intent to kill (ABIK).  He received 
 consecutive sentences of ten years imprisonment for each ABHAN charge and life 
 imprisonment for ABIK.  Goins appeals, arguing the trial court erred in charging 
 the jury in a manner suggesting he bore the burden of proof.  Appellate counsel 
 has filed a final brief and a petition to be relieved.  Goins has filed a pro 
 se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.